IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVE DUNCAN                                                                                      PLAINTIFF
ADC #103550

V.                                        NO: 1:17-CV-00071 KGB/PSH

WENDY KELLEY, *et al.*                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Steve Duncan filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on August 31, 2017 (Doc. No. 2). The same day, the Court ordered Duncan to file an amended complaint within 30 days. *See* Doc. No. 3. Duncan was cautioned that failure to file an amended complaint within that time would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Duncan has not complied with the August 31 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*,

51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Duncan's complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE.

DATED this 3rd day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE