IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVE DUNCAN
ADC #103550                                                                                    PLAINTIFF

v.                            Case No. 1:17-cv-00071 KGB

WENDY KELLEY, *et al*.                                                                   DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4). No objections to the Proposed Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects. Plaintiff Steve Duncan's complaint is dismissed without prejudice.

So ordered this 16th day of May, 2018.

Kristine G. Baker
United States District Judge