IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVE DUNCAN**
**ADC #103550**                                                                  **PLAINTIFF**

**v.**                              Case No. 1:17-cv-00071 KGB

**WENDY KELLEY,** *et al***.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this day, this case is dismissed without prejudice.

So adjudged this 16th day of May, 2018.

_____
Kristine G. Baker
United States District Judge